LEON ROSEN, PLAINTIFF-RESPONDENT, v. MICHAEL SPINELLA, *ET AL.*, DEFENDANTS-PETITIONERS.

*Messrs. Levy, Lemken & Margulies* for the petitioners.

*Messrs. Sorkow & Sorkow* for the respondent.

January 15, 1963.  Denied.

EDWARD W. J. KOCH, PLAINTIFF-PETITIONER, v. BOARD OF CHOSEN FREEHOLDERS OF HUDSON COUNTY, *ET AL.*, DEFENDANTS-RESPONDENTS.

*Messrs. Ravin & Ravin* for the petitioner.

*Mr. Arthur J. Sills, Mr. William L. Boyan, Mr. William F. Kelly, Jr.,* and *Mr. Daniel F. Gilmore* for the respondents.

January 15, 1963.  Denied.